**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 18 2008

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                         PLAINTIFF

V.                      NO. 4:07CR00308 WRW

JACKIE E. PORCHAY                                DEFENDANT

## MOTION TO DISMISS

Comes now the defendant and moves this Court to dismiss the instant prosecution based upon discovery violations. Defendant's request is made per Rule 16 and other applicable case law.

Respectfully submitted,

LARRY E. JARRETT
ATTORNEY AT LAW
888 S. GREENVILLE AVE.
RICHARDSON, TX 75081
(972.437.3801)

BY: _original signed___
    LARRY JARRETT
    (TX BAR #10583500)

### CERTIFICATE OF SERVICE

I, undersigned, do hereby certify that on this _18th_ day of November___, 2008, a copy of the foregoing has been hand delivered, faxed or mailed, postage prepaid to proper address of all parties or all counsel of records for the same.

By _original signed_____