IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 1 2008

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES OF AMERICA

vs.  4:07CR00308-01-WRW

JACKIE E. PORCHAY

## ORDER

On the 18th day of November, 2008, the above entitled cause came on for trial to a jury, the Honorable Bill Wilson, United States District Judge, presiding.

At the conclusion of the evidence presented by the parties on November 25, 2008, the jury began its deliberations. After deliberating the jury announced to the Court, and to the parties, that they were able to reach a Verdict on Count 6 of the Indictment but that they were deadlocked and unable to reach a Verdict on the remaining Counts of the Indictment as to Ms. Porchay.

IT IS THEREFORE ORDERED AND ADJUDGED that a mistrial should be, and hereby is, declared in this cause and the jury is discharged from further consideration.

IT IS FURTHER ORDERED that the case, if it is to be re-tried, will be scheduled for trial on Tuesday, December 9, 2008 at 9:00 a.m.

IT IS SO ORDERED 1st day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ordmistrl.Porchay.wpd