**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                    **4:07-CR-00308-01-WRW**

**JACKIE E. PORCHAY**

## ORDER

Pending is Defendant's Motion to Dismiss for Lack of Speedy Trial (Doc. No. 132). The Prosecution has responded,[1] and Defendant has replied.[2]

For good cause shown, Defendant's motion is DENIED. It seems I already ruled on this issue when I granted the Prosecution's Amended Motion to Continue Trial Date.[3]

Further, Defendant's Motion for Return of Property (Doc. No. 131) is taken under advisement. I will hear from the parties with respect to this issue when the pretrial hearing commences at 8:30 a.m., Tuesday, May 12, 2009.

IT IS SO ORDERED this 4th day of May, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 139.

[2]Doc. No. 140.

[3]Doc. No. 127.