# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **4:07CR00308-01-WRW**

**JACKIE E. PORCHAY**

## ORDER

Defendant's Motion to Dismiss for Speedy Trial Violations (Doc. No. 166) is DENIED.

IT IS SO ORDERED this 25th day of September, 2009.


                                        /s/ Wm. R. Wilson, Jr._____
                                        UNITED STATES DISTRICT JUDGE