IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:07CR00308-01-WRW

JACKIE E. PORCHAY

**ORDER**

1. If I have not already announced it for the record, I do so now -- I do not believe that the withholding of the line-up information was deliberate. It was an unfortunate oversight, in my opinion, but it does not make since to believe that a prosecutor would withhold possible exculpatory information and then disclose it in open court. Again, I do not believe there was deliberate misconduct.

2. With respect to Mr. Jane Duke, Mr. Pat Harris, and Ms. Angela Jegley as witnesses in Defendant's case-in-chief, I cannot imagine how their testimony would be relevant or admissible. There is, of course, an assumption that the lawyers for either side should not be called as witnesses.

3. Defense counsel has not demonstrated any need for these individuals as witnesses, and, unless and until he does, the request for subpoenas will continue to be denied.

4. The request for interlocutory appeal is denied.

IT IS SO ORDERED this 24th day of November, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1