**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **4:07CR00308-01-WRW**

**JACKIE E. PORCHAY**

**ORDER**

Thus far, Defendant has declined to advise me as to why the subpoenaed witnesses (Ms. Duke, Mr. Harris, and Ms. Jegley) might be needed in her case-in-chief; thus the Court's ruling remains the same.

IT IS SO ORDERED this 1st day of December, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE