IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.	4:07CR00308-01-WRW

JACKIE E. PORCHAY

### ORDER

The Prosecution's Motion in Limine (Doc. No. 190) is GRANTED.

If and only if Mr. O'Detric Hill and Mr. Eric Leggette are called as witnesses during the trial will defense counsel be permitted to broach the subject of their misidentifications.

If there is any need to refer to the former trial in any way, counsel can refer to it only as a "former proceeding."

In case I haven't been clear, I re-emphasize the fact that no reference to the Prosecution's alleged "misconduct" will be permitted.

IT IS SO ORDERED this 7th day of December, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE