IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:07CR00308-WRW

JACKIE PORCHAY

HAROLD KELLEY                     ACCUSED CONTEMNOR

## JUDGMENT & COMMITMENT

The above styled matter came on to this Court on the Notice of Contempt of Court Against Harold Kelley pursuant to 18 U.S.C. § 401 and Federal Rule of Criminal Procedure 42, filed by the United States of America on February 18, 2010, (Doc. No. 225). On February 23, 2010, the Court entered a Notice and Order to Show Cause (Doc. No. 226) and the matter was set for a jury trial.

On April 20, 2010, the parties came before the Court and Mr. Kelley informed the Court of his desire to plead guilty to the contempt charge. The Court went forward on the guilty plea, having read the Stipulated Facts, and the plea of guilty was accepted. A Presentence Report was waived and sentencing proceeded.

Based on the agreement of the parties, Mr. Kelley was committed to the custody of the Bureau of Prisons for a term of 24 MONTHS, consecutive to the term of imprisonment imposed by this Court in *United States of America v Harold Kelley*, 4:06CR00082-02-WRW; no Supervised Release is to follow imprisonment in this case;[1] Defendant is to submit to DNA testing; and, a $100.00 Special Assessment is imposed. Mr. Kelley was remanded into the custody of the United States Marshal.

IT IS SO ORDERED this 21st day of April, 2010.

                                    /s/ Wm. R.Wilson,Jr.
                             UNITED STATES DISTRICT JUDGE

KelleyHarold.J&C.wpd

---

[1] The five years of supervised release imposed in 4:06CR00082-02 remains in effect.