# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 12, 2012

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock, AR  72201-0000

     RE:  10-1997  United States v. Jackie Porchay

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                        Michael E. Gans
                        Clerk of Court

LAB

Enclosure(s)

     District Court/Agency Case Number(s):   4:07-cr-00308-WRW-1

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 23, 2012

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  Jackie E. Porchay
          v. United States
          No. 11-907
          (Your No. 10-1997)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on January 18, 2012 and placed on the docket January 23, 2012 as No. 11-907.

                              Sincerely,

                              **William K. Suter**, Clerk

                              by

                              Redmond K. Barnes
                              Case Analyst



10-1997 United States v. Jackie Porchay "Supreme Court notice of cert filed" (4:07-cr-00308-WRW-1)
8cc-cmecf-nda
to:
03/12/2012 09:57 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 03/12/2012 at 9:56:59 AM CDT and filed on 01/23/2012

| | |
|---|---|
| **Case Name:** | United States v. Jackie Porchay |
| **Case Number:** | 10-1997 |
| **Document(s):** | Document(s) |

**Docket Text:**
U.S. Supreme Court Notice of cert filed in the Supreme Court on 01/18/2012, case No. 11-907 [3888620] [10-1997] (Lorri Brown)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** SC notice cert filed
**Original Filename:** labecf353.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/23/2012] [FileNumber=3888620-0]
[36640da1015ce9708846a160adb19b74ea9c23937970cda42d21a3720817e4c582dda63203b2285cdee749b91c106c1642f147c5814c7f7cc801ab97124874fd]]

**Document Description:** Supreme Court Notice Filed
**Original Filename:** /opt/ACECF/live/forms/lbrown_101997_3888620_SupremeCourtNoticeFiled_255.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/23/2012] [FileNumber=3888620-1]
[5eb595eb2ce1a65323e7595c53b6d6bb0236fb04acb5199a63d77e8c943e3236857f1163d67a5535849d1d0041c92f683449e8d1f1e4d106a33642b7ff7512bc]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 3888620
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4570933, 4570934