# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**     Mr.  Jim McCormack

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   March 12, 2012

**RE:**     10-1997  United States v. Jackie Porchay

           District Court/Agency Case Number(s):   4:07-cr-00308-WRW-1

_____

     Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


LAB

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 21, 2012

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

> Re: Jackie E. Porchay
>     v. United States
>     No. 11-907
>     (Your No. 10-1997)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk



10-1997 United States v. Jackie Porchay "Supreme Court Order" (4:07-cr-00308-WRW-1)
8cc-cmecf-nda
to:
03/12/2012 10:04 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 03/12/2012 at 10:02:15 AM CDT and filed on 02/21/2012

| | |
|---|---|
| **Case Name:** | United States v. Jackie Porchay |
| **Case Number:** | 10-1997 |
| **Document(s):** | Document(s) |

**Docket Text:**
SUPREME COURT order filed denying cert petition. Order filed on 02/21/2012 in case No.11-907. [3888630] [10-1997] (Lorri Brown)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Order denying cert
**Original Filename:** Circ8_10-1997.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/21/2012] [FileNumber=3888630-0]
[5dd74552edcd4b1827c4b6fdb471d1f6635402f7b4aae1bb6357ad3cf7468037fff492c70980b7698d00abc98f8c8b2db59490c9acd274f71571a9f8df3039de]]

**Document Description:** DC Memo Cert Denied
**Original Filename:** /opt/ACECF/live/forms/lbrown_101997_3888630_DCMemoCertDenied_363.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/21/2012] [FileNumber=3888630-1]
[56023cb938a1293edf546ce12469f5b85be8bd53df4a5cf4b76b2a6aea75638c7b8ea3e589b676588d4d344e609aa9b67f80da24af9945c7cff5004f657a9606]]
**Recipients:**

- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 3888630
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4570947, 4570948